UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00035-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | ORDER |
| FRANCIS OLIVERIO VILLEDA- FUENTES, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Reduction in Sentence (Doc. No. 76). The Court DENIES AS MOOT the motion.

While Defendant's motion for compassionate release was pending, Defendant was released from the custody of the Bureau of Prisons. (See https://www.bop.gov/inmateloc/ visited 10/5/2022). After reviewing the specific relief requested by Defendant in his motion and his particularly arguments asserted in support thereof, the Court DENIES AS MOOT Defendant's motion.

IT IS THEREFORE ORDEREED that Defendant's Motion for Compassionate Release (Doc. No. 76) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: October 5, 2022

Frank D. Whitney
United States District Judge